Georgia V. Frier, joined by her husband, J. Owen Frier, Appellants, vs. Jefferson Varn, Appellee.

Appeal from Circuit Court Polk county.

*J. W. Brady*, for Appellants.

*Jefferson Varn, in pro. per.*

The bill in this cause was filed by the appellants against the appellee and Jerry M. Hayman and William C. Hayman. There was decree for the defendant Jefferson Varn, and the complainants appeal.

Appeal dismissed on praecipe of counsel for appellants.

---

George M. Gates and Malie Bishop, Appellants, vs. Georgia State Building and Loan Association, of Savannah, Georgia, Appellee.

Appeal from Circuit Court Hillsborough county.

*Shackleford & Pettingill*, for Appellants.

*Wall & Stevens and F. M. Simonton*, for Appellee.

The bill in this cause was filed by the appellee against the appellants. There was decree for the complainant, and the defendants appeal.

Appeal dismissed on motion of counsel for Appellee.